**Elizabeth McGough, administratrix of the estate of Michael McGough, deceased, appellee, v. Chicago and Western Indiana Railroad Company, appellant. Gen. No. 25,435.**
Action to recover for wrongful death by assault of defendant's servant. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in this court at the October term, 1919. Reversed with finding of fact. Opinion filed March 8, 1920.
C. G. Austin, Jr., J. Raymond Barse and Samuel Kassel, for appellant. George E. Gorman, for appellee.
Mr. Justice Dever delivered the opinion of the court.

---

**The Fair, appellee, v. Charles Downing and Mrs. Charles Downing, on appeal of Charles Downing, appellant. Gen. No. 25,481.**
Action to recover balance due on contract of sale of goods. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 8, 1920.
George C. Geier, for appellant. No appearance for appellee.
Mr. Justice Dever delivered the opinion of the court.

---

**Mayme Edmondson, appellee, v. Jesse Binga, appellant. Gen. No. 25,507.**
Action to recover damages for trespass by breaking into apartment. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in this court at the October term, 1919. Reversed with finding of facts. Opinion filed March 8, 1920.
W. C. Shipnes, for appellant. Iles, O'Connor, Eberhardt & Kesler, for appellee.
Mr. Justice Dever delivered the opinion of the court.

---

**Sam Flug, appellee, v. Joseph Stein, appellant. Gen. No. 25,535.**
Action to replevy stock certificate. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. F. J. Campbell, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 8, 1920.
Ellis & Lewis and Albert E. Beath, for appellant. Bassler, Bippus & Rose, for appellee.
Mr. Justice Dever delivered the opinion of the court.